1

2
                      **HONORABLE LONNY R. SUKO**

3  James E. Baker
    Jerry Moberg & Associates

4  451 Diamond Drive
    Ephrata, WA 98823

5  (509) 754-2356

6  Attorneys for defendants

7

8

9
               UNITED STATES DISTRICT COURT

10
            EASTERN DISTRICT OF WASHINGTON

11  DONNA MANCHESTER,          |  NO. CV-07-001-LRS

12                  Plaintiff,   |  **ORDER ON CROSS MOTIONS**

13    v.                      |  **FOR SUMMARY JUDGMENT**

14  ASOTIN COUNTY, ASOTIN COUNTY
    BOARD OF COMMISSIONERS,

15  ASOTIN COUNTY SHERIFF'S
    DEPARTMENT, ASOTIN COUNTY

16  JAIL, and WAYNE WEBER in his
    official and personal capacities,

17

18                 Defendants.

19        THIS MATTER coming before the court upon defendant

20  county's motion for summary judgment and defendant Weber's

21  motion for summary judgment (Document 10) and plaintiff's motion

22  for partial summary judgment (Document 16), and the court having

23  reviewed the files and records including the following:

ORDER ON CROSS MOTIONS FOR
SUMMARY JUDGMENT – 1

**JERRY MOBERG & ASSOCIATES**
**Attorneys At Law**
451 Diamond Drive
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

1

2        1.    Defendant Weber's memo in support of defendant

3    Weber's motion for summary judgment of dismissal of claims against

4    him in his individual capacity.  (Document 11)

5

6        2.    Defendant county's memo in support of motion for

7    summary judgment.  (Document 12)

8        3.    Defendant county's statement of facts in support of

9    defendant county's motions for summary judgment.  (Document 13)

10       4.    Plaintiff's statement of material facts.  (Document 15)

11       5.    Plaintiff's memorandum in support of motion for partial

12   summary judgment.  (Document 17)

13

14       6.    Affidavit of Neil P. Cox.  (Document 18)

15       7.    Affidavit of Donna Manchester.  (Document 19)

16       8.    Affidavit of Steve Austin.  (Document 20)

17       9.    Affidavit of Jim Griffin.  (Document 21)

18       10.   Defendant county's motion to strike affidavits of Jim

19   Griffin and Steve Austin and portions of the affidavit of plaintiff.

20   (Document 22)

21

22

23

ORDER ON CROSS MOTIONS FOR
SUMMARY JUDGMENT – 2

**JERRY MOBERG & ASSOCIATES**
**Attorneys At Law**
451 Diamond Drive
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

1

2      11.    Defendant county's memo in support of motion to strike

3

4  affidavits of Jim Griffin and Steve Austin and portions of the affidavit

5  of plaintiff.  (Document 23)

6      12.    Defendant county's response to plaintiff's motion for

7  partial summary judgment.  (Document 25)

8      13.    Declaration of Wayne Weber.  (Document 26)

9      14.    Second Affidavit of Steve Austin.  (Document 33)

10     15.    Affidavit of John Reed.  (Document 34)

11     16.    Affidavit of William Derbonne (Document 35)

12     17.    Defendant county's motion to strike portions of the

13     

14  second affidavit of Steve Austin and portions of the affidavits of John

15  Reed and William Derbonne.  (Document 36)

16     18.    Defendant county's memo in support of motion to strike

17

18  portions of the second affidavit of Steve Austin and portions of the

19  affidavits of John Reed and William Derbonne.  (Document 37)

20     19.    Affidavit of Darryl G. Hillbrand.  (Document 39)

21     20.    Defendant county's motion to strike portions of the

22  affidavit of Darryl G. Hillbrand.  (Document 40)

23

ORDER ON CROSS MOTIONS FOR
SUMMARY JUDGMENT – 3

JERRY MOBERG & ASSOCIATES
Attorneys At Law
451 Diamond Drive
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

21.    Defendant county's memo in support of motion to strike portions of the affidavit of Darryl G. Hillbrand.  (Document 41)

22.    Affidavit of Michael James Smith.  (Document 43)

23.    Second Affidavit of Donna Manchester.  (Document 45)

24.    Plaintiff's memorandum in response to defendants' motions for summary judgment.  (Document 46)

25.    Plaintiff's second statement of material facts.  (Document 47)

26.    Affidavit of Neil P. Cox in response to defendants' motion for summary judgment.  (Document 48)

27.    Defendant county's reply to plaintiff's memo in opposition to defendant county's motion for summary judgment.  (Document 49)

AND THE COURT having entertained the argument of counsel on March 27, 2008, and the court being fully advised, and good cause appearing; now, therefore:

IT IS HEREBY ORDERED that defendant county's motion for summary judgment be and is granted in part and denied in part.

IT IS HEREBY ORDERED that defendant Weber's motion for summary judgment be and is granted.

ORDER ON CROSS MOTIONS FOR
SUMMARY JUDGMENT – 4

1

2
3          IT IS HEREBY ORDERED that plaintiff's motion for partial
4     summary judgment be and is denied.

5          IT IS FURTHER ORDERED that plaintiff's claim for denial of
6     due process under 42 USC § 1983 be and is dismissed with
7     prejudice.

8          IT IS FURTHER ORDERED that plaintiff's claims for intentional
9
10    infliction of emotional distress (i.e., outrage) and negligent infliction of
11    emotional distress be and are dismissed with prejudice.

12         IT IS FURTHER ORDERED that plaintiff's gender
13    discrimination claims under 42 USC § 1983 be and are dismissed
14    with prejudice.

15         IT IS FURTHER ORDERED that plaintiff's claim for denial of
16    First Amendment free speech rights be and is dismissed with
17
18    prejudice.

19         IT IS FURTHER ORDERED that plaintiff's claim for defamation
20    be and is dismissed with prejudice.

21         IT IS FURTHER ORDERED that plaintiff's claim for violation of
22    42 U.S.C. § 1983 be and is dismissed with prejudice.

23

ORDER ON CROSS MOTIONS FOR
SUMMARY JUDGMENT – 5

JERRY MOBERG & ASSOCIATES
Attorneys At Law
451 Diamond Drive
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

1

2          IT IS FURTHER ORDERED that the court declines the exercise
3
    of jurisdiction on plaintiff's breach of contract claim, unfair labor
4
    practices claim, and other state law claims, if any, which may be
5
6   pending before the Washington State Public Employment Relations

7   Commission and in one or more of the state courts of Washington.

8          The court, as part of its review of the record herein, having
9
    considered only those parts of the plaintiff's and defendants'
10
    affidavits which are admissible under the Federal Rules of Evidence,
11
12  defendants' motions to strike (documents 22, 23, 36, 37 and 40) are

13  DENIED as moot.

14         DONE IN OPEN COURT this 17th day of April, 2008.

15

16                        s/Lonny R. Suko

                          _____
17                        HON. LONNY R. SUKO, JUDGE
                          UNITED STATES DISTRICT COURT
18

19  Presented by:

20  JERRY MOBERG & ASSOCIATES

21

22  s/ James E. Baker_____
    JAMES E. BAKER, WSBA No. 9459
23  Attorney for defendants

ORDER ON CROSS MOTIONS FOR
SUMMARY JUDGMENT – 6

**JERRY MOBERG & ASSOCIATES**
**Attorneys At Law**
451 Diamond Drive
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202