AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DONNA MANCHESTER,
              Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

ASOTIN COUNTY, ASOTIN COUNTY BOARD OF COMMISSIONERS, ASOTIN COUNTY JAIL, WAYNE WEBER, in his official and personal capacity,
              Defendants.

CASE NUMBER: CV-07-0001-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants pursuant to the Order on Cross Motions for Summary Judgment entered on April 17, 2008 (Ct. Rec. 60).

April 18, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas